N. C. GRANGE MUTUAL INSURANCE COMPANY AND AMERICAN HAIL
MANAGEMENT, INC. v. THOMAS E. JOHNSON

No. 79

(Filed 12 January 1982)

BEFORE *Judge Preston* presiding at the 9 June 1980 Session
of WAKE Superior Court plaintiff moved for summary judgment.
*Judge Preston* allowed the motion, and the Court of Appeals af-
firmed in an opinion by *Judge Webb* in which *Judges Hedrick* and
*Hill* concurred. 51 N.C. App. 447, 276 S.E. 2d 469 (1981). We allow-
ed defendant's petition for further review on 9 July 1981.

*Young, Moore, Henderson & Alvis, by Walter Brock, Jr., At-
torney for plaintiff-appellees.*

*Franklin Smith, Attorney for defendant appellant.*

PER CURIAM.

This is an action to recover $10,340 paid by plaintiff to de-
fendant on a crop hail insurance policy on the ground that
coverage under the policy had been suspended at the time of the
loss because defendant breached the "other insurance" clause[1] in
the policy.

The facts are not in dispute. Plaintiff issued its policy to
become effective on 21 May 1978. Thereafter defendant applied
for and was issued a second crop hail insurance policy by another
insurer to become effective on 8 June 1978 on a portion of the
same crop insured by plaintiff. Defendant did not give notice to
plaintiff of this second policy. The hail loss occurred on 9 July
1978. Defendant filed proofs of loss with both insurers. In answer
to a question on plaintiffs' proof of loss form defendant asserted

---

1. The clause provides:

"OTHER INSURANCE

It is hereby agreed that if other insurance is written on the insured interest in
the above described crops this Company will be notified in writing of the amounts
of such other insurance, including Federal Crop Insurance Corporation Coverage.

It is further agreed that unless or until so notified of such other insurance the
coverage under this policy shall be suspended."

that he had no other crop hail insurance on the crop in question except that provided by the "Federal Government." Plaintiff paid defendant $10,340 for his loss. Thereafter plaintiff discovered the second crop hail insurance policy[2] and brought this action to recover what it had paid under its policy.

After reviewing the record and briefs, and hearing oral arguments on the questions presented, we conclude that the petition for further review was improvidently granted. Our order granting further review is, therefore, vacated. The decision of the Court of Appeals affirming the judgment of Wake Superior Court remains undisturbed and in full force and effect.

Discretionary review improvidently granted.

----

2. Apparently the second insurer has also repudiated its policy, but the reason does not clearly appear in the record.